THOMAS J. RICHARDSON # 138104
Attorney at Law
2950 Mariposa Suite 200
Fresno, California 93721
Tele: (559) 264-6481
Fax: (559) 264-0240

Attorney for Defendant
Aureliano Gonzalez-Cortez

IN THE UNITED STATES COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>AURELIANO GONZALEZ-CORTEZ,<br><br>Defendant, | CRF-99-5380-AWI<br><br>DEFENDANT'S APPLICATION FOR EXONERATION OF PROPERTY BOND AND RECONVEYANCE OF REAL PROPERTY |

Aureliano Gonzalez-Cortez, by and through his attorney of record, Thomas J. Richardson, hereby request an order exonerating the property bond and for reconveyance of real property in this action.

On December 1, 1999, Honorable Anthony W. Ishii Magistrate Judge, ordered Aureliano Gonzalez-Cortez released from custody on a $32,691 property bond. Real property owned by Esperanza Cortez for $10,000 and Francisco Ramirez, Delfina Ramirez, Irma Ramirez, Jorge Ramirez and Maria Elena Ramirez for $25,808 which was to be posted as collateral for the property bond.

On December 2, 1999, a certified copy of the deed of trust (Fresno County

1

1  document # 1999-0169050), and promissory note in the amount of $10,000 were
2  received by the court. On December 2, 1999, a separate certified copy of the deed
3  of trust (Fresno County document # 1999-0169045) and a promissory note in the
4  amount of $25,808 was received by the court.
5
6  On October 17, 2005, this court sentenced Mr. Gonzalez-Cortez to the
7  custody of the United States Bureau of Prison for a total term of 120 months as to
8  counts 1 of the indictment. All other relevant counts as to Mr. Gonzalez-Cortez
9  were dismissed by the government.
10
11 Since Mr. Gonzalez-Cortez has been sentenced and is in the custody of the
12 Federal Bureau of Prisons, it is respectfully requested that the property bond in this
13 matter be immediately exonerated and that the property posted as collateral for the
14 bond be reconveyed to Esperanza Cortez for $10,000 and Francisco Ramirez,
15 Delfina Ramirez, Irma Ramirez, Jorge Ramirez, and Maria Elena Ramirez for
16 $25,808.
17
18 Dated: 11/29/05

Respectfully submitted,

Thomas J. Richardson
Attorney at Law

2

**ORDER**

IT IS HEREBY ORDERED that the property bond in the above-captioned case be exonerated and title to the real property be reconveyed to Esperanza Cortez and Francisco Ramirez, Delfina Ramirez, Irma Ramirez, Jorge Ramirez and Maria Elena Ramirez.

Dated: 12-2-05

Anthony W. Ishii
United States District Judge

3